# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RITA MENDEZ | : | |
| Plaintiff | : | CIVIL ACTION NO. 18-28 |
| v. | : | (JUDGE MANNION) |
| HOTEL OF HORRORS | : | |
| Defendant | : | |

## ORDER

Pending before the court is the report and recommendation of Magistrate Judge Karoline Mehalchick. (Doc. 5). No objections have been filed to the report. Upon review, the report will be adopted in its entirety.

When no objections are made to the report and recommendation of a magistrate judge, the court should, as a matter of good practice, "satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b), advisory committee notes; *see also* *Univac Dental Co. v. Dentsply Intern., Inc.*, 702 F.Supp.2d 465, 469 (M.D. Pa. 2010) (citing *Henderson v. Carlson*, 812 F.2d 874, 878 (3d Cir. 1987) (explaining judges should give some review to every report and recommendation)). Nevertheless, whether timely objections are made or not, the district court may accept, not accept, or modify, in whole or in part, the

findings or recommendations made by the magistrate judge. 28 U.S.C. § 636(b)(1); Local Rule 72.31.

The court has reviewed the entire report of Judge Mehalchick and agrees with the sound reasoning, which led Judge Mehalchick to her recommendation. As such, the court adopts the reasoning of Judge Mehalchick as the opinion of the court.

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1. The report and recommendation of Judge Mehalchick, **(Doc. 5)**, is **ADOPTED IN ITS ENTIRETY**;

2. The plaintiff's complaint, **(Doc. 1 Attachment #1)**, is **DISMISSED WITH PREJUDICE**; and

3. The Clerk of Court is directed to **CLOSE** this case.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: October 4, 2018**
O:\Mannion\shared\ORDERS - DJ\CIVIL ORDERS\2018 ORDERS\18-28-01.docx